AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

JOHN NEFF,

      Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:10-cv-00205-ECR-RAM**

DEBRA BROOKS, et al.,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the complaint (Docket No. 7) is DISMISSED WITH PREJUDICE.

October 26, 2010            **LANCE S. WILSON**
                                                       Clerk

                                                /s/ Katie Lynn Ogden
                                                   Deputy Clerk